JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
WALTER F. FICK, ESQ.
Nevada Bar 14193
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorneys for Defendant
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE PRIBYL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE CASUALTY INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-02068-JCM-VCF<br><br>**STPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT, AND OPPOSITION TO PLAINTIFF'S COUNTERMOTION TO AMEND PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

The Parties hereto, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendant, Allstate Fire and Casualty Insurance Company *erroneously named "Allstate Insurance Company, Allstate Fire Casualty Insurance Company,"* to submit its Reply in Support of Motion to Dismiss, or in the Alternative, Motion for Partial Summary Judgment, and Opposition to Plaintiff's Countermotion to Amend Plaintiff's Complaint (hereinafter "Defendant's Reply") until **March 28, 2018**. Defendant's Motion, ECF No. 8, was filed on January 17, 2018. Plaintiff's Opposition and Countermotion, ECF No. 11, was filed on January 31, 2018. Pursuant to this Court's Order, ECF No. 15, **Defendant's Reply is currently due on March 7, 2018**. No hearing has been set in this matter. This is the Parties' second request. The Parties are working towards finalizing a binding arbitration agreement, and seek to

…

1

extend the deadline for Defendant's Reply in order to permit the Parties sufficient time to finalize and execute the agreement.

Dated this 7th of March, 2018.

RICHARD HARRIS LAW FIRM

/s/ Garnet E. Beal
GARNET E. BEAL, ESQ.
Nevada Bar No. 12693
801 South Fourth St.
Las Vegas, Nevada 89101
(702) 444-4444
Attorney for Plaintiff

Dated this 7th of March, 2018.

PYATT SILVESTRI

/s/ Walter F. Fick
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorney for Defendant

**IT IS SO ORDERED.**

Dated March 12, 2018.

_____
UNITED STATES DISTRICT JUDGE