GARNET E. BEAL, ESQ.
Nevada Bar No. 12693
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:    (702) 444-4455
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE PRIBYL, individually, | CASE NO. 2:17-CV-02068-JCM-VCF |
| Plaintiff, | |
| vs. | |
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE CASUALTY INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | **PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |
| Defendants. | |

Plaintiff BROOKE PRIBYL ("Plaintiff"), by and through her attorney of record Garnet E. Beal, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that Garnet E. Beal, Esq. be removed from the list of counsel to be noticed.

Garnet E. Beal, Esq. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 22nd day of March, 2018.

**RICHARD HARRIS LAW FIRM**

/s/ Garnet E. Beal
_____
GARNET E. BEAL, ESQ.
Nevada Bar No. 12693
801 S 4th Street
Las Vegas, NV 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-23-2018

Page 1 of 1