JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER
Nevada Bar No. 8775
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com
dcartier@pyattsilvestri.com
Attorneys for Defendant,
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE PRIBYL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE CASUALTY INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02068-JCM-VCF<br><br>**MOTION TO REMOVE ATTORNEYS FROM CM/ECF SERVICE** |

  COMES NOW, Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY *erroneously named as "ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE CASUALTY INSURANCE COMPANY"* (hereinafter "Allstate"), by and through its counsel of record JAMES P.C. SILVESTRI, ESQ., and DARLENE M. CARTIER, ESQ., of the law firm of PYATT SILVESTRI, and respectfully moves this Court for an Order to remove attorneys, DANIEL H. PREPAS, ESQ., and WALTER F. FICK, ESQ. from its Case Management/Electronic Case Filing system.

  Attorneys Daniel H. Prepas, Esq., and Walter F. Fick, Esq., are no longer with the Law office of Pyatt Silvestri. Given the appearance of attorney Darlene M. Cartier, Esq., herein, on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

This Motion is based upon the following Memorandum of Points and Authorities, all pleadings and papers filed herein, and any oral arguments that this Court wishes to consider.

Dated this 24 day of May, 2018.

PYATT SILVESTRI

*signature*

JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar No. 8775
Attorneys for Defendant,
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

## ORDER

IT IS SO ORDERED.

*signature*

U.S. MAGISTRATE
Dated: 6-1-2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **MOTION TO REMOVE ATTORNEYS FROM CM/ECF SERVICE** has been forwarded by electronic case filing via the United States District Court of the State of Nevada this 24 day May, 2018.

Samantha Martin, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
smartin@RichardHarrisLaw.com
Attorney for Plaintiff

*signature*
Employee of PYATT SILVESTRI