JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar 8775
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
dcartier@pyattsylvestri.com

Attorneys for Defendant
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE PRIBYL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE CASUALTY INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-02068-JCM-VCF<br><br>**STPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO COMPEL BINDING ARBITRATION (SECOND REQUEST)** |

**STPULATION AND
ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF
MOTION TO COMPEL BINDING ARBITRATION (SECOND REQUEST)**

The Parties hereto, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendant, Allstate Fire and Casualty Insurance Company ("Allstate") *erroneously named "Allstate Insurance Company, Allstate Fire Casualty Insurance Company,"* to submit its Reply in Support of Motion to Compel Binding Arbitration (hereinafter "Reply") until **June 29, 2018.**

Allstate's Motion [ECF No. 24] was filed on May 24, 2018. The parties previously stipulated to extend the deadline for Plaintiff's Opposition from June 7, 2018 to June 15, 2018 [ECF No. 29]. The Court issued an Order approving the June 15, 2018 deadline for Plaintiff's Opposition [ECF No. 31]. Plaintiff's Opposition [ECF No. 30] was filed on June 15, 2018.

| | |
|---|---|
| 1 | Allstate's Reply is currently due on June 22, 2018. No hearing has been set on |
| 2 | Allstate's Motion. The parties stipulate to move the deadline for Allstate's Reply from June 22, |
| 3 | 2018 to **June 29, 2018**. |
| 4 | DATED this 21st of June, 2018. |

DATED this 21st of June, 2018.

PYATT SILVESTRI

/s/Darlene M. Cartier
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar No. 8775
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Defendant,
*ALLSTATE FIRE AND CASUALTY*
*INSURANCE COMPANY*

RICHARD HARRIS LAW FIRM

/s/Samantha A. Martin
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth St.
Las Vegas, Nevada 89101
(702) 444-4444
Attorneys for Plaintiff,
BROOKE PRIBYL

## ORDER

**IT IS SO ORDERED** that the deadline for filing Allstate's Reply in Support of Motion to Compel Binding Arbitration is moved from June 22, 2018 to **June 29, 2018**.

DATED June 29, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
PYATT SILVESTRI

/s/Darlene M. Cartier
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar No. 8775
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

Attorneys for Defendant,
*ALLSTATE FIRE AND CASUALTY*
*INSURANCE COMPANY*